THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:25-CV-15-RJ

JASMINE DENISE THORNTON,          )
                                  )
          Plaintiff,              )
                                  )
     v.                           )          ORDER FOR PAYMENT OF
                                  )          ATTORNEY FEES UNDER THE
FRANK J. BISIGNANO,               )          EQUAL ACCESS TO JUSTICE ACT
*Commissioner of Social Security*, )
                                  )
          Defendant.              )
_____ )

Upon the unopposed motion of Plaintiff for attorney's fees, [DE-23], it is ORDERED

that Defendant pay to Plaintiff $8,331.88 in attorney's fees, in full satisfaction of any and all

claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to

Plaintiff is not subject to the Treasury Offset Program, payment will be made to Russell R.

Bowling, Olinsky Law Group, at 77 West Main Street, Franklin, North Carolina 28734 in

accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's

fees under the Equal Access to Justice Act.

SO ORDERED this the 13th day of July, 2026.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRAITE JUDGE